# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Alexander Lam
Plaintiff

v.

3:26-CV-3821
Civil Action No.

Better Debt Solutions, LLC
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff through counsel

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Alexander Lam (Plaintiff)
Omar Darwich ((The Darwich Law Firm, Co., LPA) Firm for Plaintiff)

| | |
|---|---|
| Date: | 10/30/2026 |
| Signature: | /s/ Omar Darwich |
| Print Name: | Omar Darwich |
| Bar Number: | 24124686 |
| Address: | 6951 Virginia Parkway Suite 104 |
| City, State, Zip: | McKinney, TX, 75071 |
| Telephone: | 469 960 6069 |
| Fax: | 469 396 0090 |
| E-Mail: | omar@darwichlegal.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.